UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY COZELL MONTGOMERY,

    Plaintiff,

v.

Case No. 08-10004

Hon. John Corbett O'Meara

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S
MOTION TO SET ASIDE JUDGMENT**

Before the court is Plaintiff's request to set aside a judgment obtained in Michigan's 36th District Court. The judgment was entered in the case <u>Marathon Ashland Petroleum, Inc. v. Montgomery Tax Service, LLC</u> in the amount of $1,791.81. Plaintiff does not explain how this judgment has any relationship to this case, particularly in light of the fact that the parties are completely different. Based upon Plaintiff's filing, it does not appear that this court has jurisdiction or the authority to set aside the 36th District Court judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed February 11, 2008, is DENIED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: February 22, 2008

I hereby certify that a copy of the foregoing document was mailed to Plaintiff on this date, February 22, 2008, by ordinary mail.

                                                <u>sWilliam Barkholz</u>
                                                Case Manager