UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY COZELL MONTGOMERY,
Plaintiff,

                                                Case No. 08-10004
-v-                                             Honorable John Corbett O'Meara

UNITED STATES OF AMERICA,
Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant's Motion to Dismiss, filed on May 12, 2008.  Plaintiff
does not oppose granting the motion.  Pursuant to Local Rule 7.1(e)(2), the Court rules on the
papers submitted.

Plaintiff's complaint is brought pro se, pursuant to the Federal Tort Claims Act (FTCA).
The action alleges that the Federal Bureau of Investigation has harassed and tormented him since
1998.  The action consists of state law claims such as gross negligence and intentional infliction
of emotional distress.  Under the FTCA, the United States has consented to be sued for certain
state law torts.  A condition for doing is that prior to filing suit, the claimant must present an
administrative claim to the proper agency, and that claim must be denied by the agency.  28
U.S.C. § 2675(a); Rogers v. United States, 675 F.2d 123, 124 (6th Cir. 1982).

Plaintiff does not allege that he filed an administrative tort claim prior to this lawsuit, nor
is there any record that one was filed.  See Altman v. Connally, 456 F.2d 1114, 1115-16 (2nd Cir.
1972)(complaint seeking recovery from United States for state law claims should be dismissed if
it fails to include allegations that Plaintiff complied with requirement to exhaust administrative
remedies); Juide v. City of Ann Arbor, 839 F.Supp. 497, 506-08 (E.D. Mich. 1993).

## <u>CONCLUSION</u>

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss is GRANTED.


s/John Corbett O'Meara
United States District Judge


Date:  August 12, 2008


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 12, 2008, by electronic and/or ordinary mail.


s/William Barkholz
Case Manager